IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| RQ/BRASFIELD GORRIE JV | )<br>)<br>) |
| Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No. 3:15-cv-256 |
| MASTERWEAVE COMMERCIAL, LLC; | )<br>) |
| RLI INSURANCE COMPANY, INC.; | )<br>) |
| and | )<br>) |
| MATT FARGO | )<br>) |
| Defendants. | )<br>) |

## ORDER ON CONSENT MOTION TO REMAND

Upon the Consent Motion to Remand (Doc. No. 13), and for good cause shown, **IT IS HEREBY ORDERED AND ADJUDGED AND DECREED** that this action is remanded to the General Court of Justice, Superior Court Division, in the County of Mecklenburg, North Carolina for the reasons stated in the motion.

**SO ORDERED.**

Signed: July 7, 2015

Graham C. Mullen
United States District Judge